OPINION — AG — **** LIMITATIONS ON REIMBURSEMENT OF BOARD OF EDUCATION MEMBERS **** A LOCAL BOARD OF EDUCATION MAY NOT LEGALLY PAY PER DIEM IN ADDITION TO TRAVEL EXPENSES WHEN MEMBERS OF THE BOARD ARE ATTENDING THE NATIONAL SCHOOL BOARDS ASSOCIATION CONVENTION OR ANY OTHER CONVENTIONS OTHER THAN THAT AS PROVIDED BY 70 O.S. 1971 5-110 [70-5-110] CITE: 70 O.S. 1971 5-117 [70-5-117] (LARRY L. FRENCH)